**Nathan WILSON, Plaintiff—Appellant,**

v.

**David ROBINSON, Defendant—Appellee.**

**No. 06–6299.**

United States Court of Appeals, Fourth Circuit.

Submitted June 22, 2006.

Decided June 30, 2006.

Nathan Wilson, Appellant Pro Se.

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Nathan Wilson appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000), and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wilson v. Robinson,* No. 7:06–cv–00062–sgw (W.D.Va. Jan. 25, 2006; Feb. 2, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*